### 35780. MANOUS v. BULLUS.

The opinion of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED DECEMBER 28, 1979 — DECIDED MARCH 18, 1980.

*Harvey A. Monroe,* for appellant.
*Larry M. Melnick,* for appellee.